UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>HECTOR JAVIER LOPEZ NORIEGA<br>LYMARIS ROBLES TORRES<br><br>DEBTOR(S) | CASE NO. 09-05876-ESL<br><br>CHAPTER 13 |

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1.  The Trustee has in his possession funds destined for a creditor as detailed below:

PATELCO
156 SECOND ST
SAN FRANCISCO, CA   94105

2.  The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.


    WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0643492 for the amount of $242.64.


30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)


DATE: July 03, 2013                                  /s/ José R. Carrión
                                                     José R. Carrión, Trustee
                                                     PO Box 9023884, Old San Juan
                                                     San Juan, PR 00902-3884
                                                     Tel. (787) 977-3535

```
                                        09-05876-ESL
                                        HECTOR JAVIER LOPEZ NORIEGA
```

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

```
HECTOR JAVIER LOPEZ NORIEGA        WILLIAM DAVILA DE PEDRO*
LYMARIS ROBLES TORRES              MIDTOWN BLDG SUITE 311
EXT LA INMACULADA                  420 AVE PONCE DE LEON
DD5 CALLE ISABEL                   SAN JUAN, PR  00918
TOA BAJA, PR  00949

PATELCO
156 SECOND ST
SAN FRANCISCO, CA  94105
```

In San Juan, Puerto Rico this Wednesday, July 3, 2013.

_____
Chapter 13 Clerk